JS - 6

FILED: 12/18/13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CASE NO. CV 13-6866 GHK (JEMx)** |
| vs. | ) |
| | ) |
| SABRA GAS & OIL, INC., et al | ) **ORDER OF DISMISSAL** |
| | ) |
| Defendants. | ) |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **SIXTY (60) DAYS**, to reopen the action if settlement is not consummated.

DATED:   12/17/13

GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE